IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
DOCKET NO. 24-4020

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | **NOTICE OF INTENT** |
| v.    ) | **TO FILE** |
| ) | **SUPPLEMENTAL** |
| ) | **BRIEF** |
| ) | |
| **SHAY NEIL JOHN,** ) | |
|     **Defendant** ) | |

Undersigned counsel notifies this Court of his intent to file a supplemental brief, showing the Court as follows:

1. Defendant appealed following a four-day jury trial.

2. Defendant's prior counsel filed a brief on May 16, 2024. The Government filed its brief on June 18, 2024.

3. On July 11, 2024, this Court directed undersigned counsel to advise the Court by July 18, 2024, whether he wishes to adopt Defendant's filed brief, move to file a supplemental brief, or move to strike the brief and file a new brief.

4. This Court allowed counsel's motion for a two-week extension of time to notify the Court of his intent.

5. Counsel would like to file a supplemental brief.

WHEREFORE, undersigned counsel asks this Court to set a Supplemental Briefing schedule.

This the 1st day of August 2024.

/s/ Edward Eldred  
Parry Law, PLLC  
100 Europa Dr., Ste. 351  
Chapel Hill, NC 27517  
919-913-3320  
ee1@parryfirm.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that I served a copy of the foregoing Notice of Intent to File Supplemental Brief on the following using the CM/ECF system:

      Julie Niemeier
      Assistant United States Attorney
      101 S. Edgeworth St., 4th Floor
      Greensboro, NC 27401
      jneimeier@usa.doj.gov

This the 1st day of August 2024.

                                                      /s/ Edward Eldred
                                                      Counsel for Appellant